Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEDEDRA WATLER,<br>*Individually and on behalf of all others similarly situated,*<br><br>        Plaintiff,<br><br>    v.<br><br>PILOT TRAVEL CENTERS LLC,<br><br>        Defendant. | Case No. 2:25-cv-00195-JC<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br> Complaint served: January 16, 2025 |

TO THE COURT AND ALL INTERESTED PARTIES:

　　PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

　　Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs, within sixty (60) days.

Date: March 5, 2025

　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF JIBRAEL S. HINDI

　　　　　　　　　　　　　　　　　　　*/s/ Gerald D. Lane, Jr.*
　　　　　　　　　　　　　　　　　　　Gerald D. Lane, Jr.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　KEDEDRA WATLER

-1-
PLAINTIFF'S NOTICE OF SETTLEMENT