UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL       JS-6

| Case No. | CV 25-0195-AH(JPRx) | Date | MARCH 27, 2025 |
|---|---|---|---|

| Title | Kededra Watler v. Pilot Travel Centers LLC |
|---|---|

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     ___ **In Court**     _X_ **In Chambers**     _X_ **Counsel Notified**

The case is ordered closed pursuant to the Joint Stipulation to dismiss filed on March 26, 2025 [18]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**                             Initials of Deputy Clerk YS